FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NALCO COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DIXON,<br><br>　　　　　Defendant. | No.　2:18-CV-00203-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 11, 2018, the parties filed a stipulated motion for entry of order of dismissal, ECF No. 27. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' stipulated motion for entry of order of dismissal, **ECF No. 27**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge